# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff,

v.

GLORIANNE LOPEZ CORTEZ
    Defendant.

CRIMINAL NO. 17-507-6 (CCC)

---

*Life has many ways of testing a person's will, either by having nothing happen at all or by having everything happen all at once"*

*Paulo Coelho, The Winner Stands Alone*

---

## SENTENCING MEMORANDUM

On April 29, 2016, at approximately 7:00 am, Ms. Lopez-Cortez did what she did every school day. After making breakfast for her three daughters, Jeanneliz (11 y/o), Julianiz (9 y/o), and Joelis (7 y/o), she dressed them and drove them to school. After dropping them off, she drove to visit with her mother, Ms. Maria Cortez Cruz. Soon after arriving at her mother's house, she received a dreaded phone call: the police were on their way to her house because it was on fire. She rushed back home, and found police and fire trucks everywhere. They questioned her as she stood outside and watched the fire consume her possessions.

Government records show Ms. Lopez Cortez lost almost $10,000 worth of furniture and clothes. (Defense Exhibit A: *Informe de Incendio*). The damage to the house rendered it uninhabitable. She wondered, how she would overcome this unexpected obstacle.

Four months later, in August of 2016, Ms. Lopez Cortez conducted her first illegal firearm sale and by December 22, 2016, she was in Puerto Rico State custody, facing weapons violation charges. Six months later, on May 23, 2017, Judge Daniel R. Lopez Gonzalez, of the Caguas Superior Court, sentenced her to three years in prison. Then, on September 12, 2017, a mere eight days before Hurricane Maria made landfall in Puerto Rico, she was transferred into federal custody, via a Writ of Habeas Corpus, to

face conspiracy charges for the same conduct.

This memorandum attempts to explain, not justify, how a 30 year old, high school volleyball coach, mother of three, with no criminal record, began illegally selling firearms.

Needless to say, the decisions Ms. Lopez Cortez made after the April 29, 2016, fire will haunt her, like a shadow, for the rest of her life. She had become desperate, and felt her actions were necessary to help her and her daughters get back on their feet. Financial difficulties, however, do not excuse criminality. Ms. Lopez Cortez does not, in any way, try to justify her actions. She does not defend them, and she does not feel sorry for herself; she accepts full responsibility for her crimes.

Ms. Lopez Cortez respectfully requests the Court consider all aspects of her life— her entire body of work—her achievements and experiences, her contributions to our community and the sacrifices she has made and continues to make. Most importantly, she asks the Court consider her daughters, because if the kind of daughters she has raised, is in any way an indication of the kind of woman she is, then it is clear she is a great woman. This is not your typical defendant:

1) Ms. Lopez Cortez has made mistakes, even criminal ones, but nothing suggests she is destined for a life of crime;
2) The numbers do not lie: Ms. Lopez Cortez's age, criminal history, employment history, and prosocial family support system suggest that she is unlikely to recidivate;
3) The collateral consequences of incarcerating Ms. Lopez Cortez will have far-reaching, negative, effects on her daughters.

To that end, and for the reasons set forth below, Ms. Lopez Cortez requests this Court sentence her to 18 months in prison, to run concurrently to her Puerto Rico State sentence in ELA2017G0026-28.

## Ms. Lopez Cortez has made mistakes, even criminal ones, but nothing suggests she is destined for a life of crime

Ms. Lopez Cortes was not always an firearms dealer. In fact, three years ago, those characterizations would have been unheard of. Three years ago her future looked bright: she was working as a volleyball coach, she had just finished saving enough money to rent a home, and her three daughters were excelling in school and growing into great women. Life, however, has a way of testing a person's will.

Born on November 13, 1987 to Mr. Julio Luis Lopez Rivera and Ms. Maria Aide Cortez Cruz, Glorianne Teresa Lopez Cortez had a normal, middle-class childhood. She lived with her parents and two brothers, Julio Lopez Cortez and Luis Gustavo Lopez Cortez, in Caguas, Puerto Rico. Her parents were very involved and always encouraged her to study and join the sports teams at school. She did, and was part of multiple volleyball championship winning teams.

  

After high school she accepted a scholarship to play volleyball at Turabo University in Puerto Rico. To say she was excited about what the future held, would be an understatement. Soon after enrolling in school, however, she met her first true love, Julio Cesar Morales Vicente—a codefendant in this case. Shortly thereafter she found out she was pregnant and decided to dedicate herself to her daughter, whom she had decided to name Jeanneliz. Over the next four years her and Mr. Morales Vicente had two more daughters: Julianis and Joelis.

   

Ms. Lopez Cortez often wonders whether she should have stayed in school—at times there is a tinge of regret—but in the end, she is eternally grateful for having her daughters in her life. The relationship between Ms. Lopez Cortez and Mr. Morales Vicente did not ultimately work out. That being said, they are on good terms and are both very present in their daughters' lives.

By 2015, Ms. Lopez Cortez was hopeful about the future. Her coaching career seemed promising. Her daughters were doing well in school. She had saved up enough money to rent a house. Her mother was as involved as ever with her grandkids. They were one big happy family; taking trips together, attending church together, and growing up together. Nothing could have predicted that Ms. Lopez Cortez—out of frustration and desperation—would begin illegally selling firearms. And yet, that is exactly what she did.

  

## The numbers do not lie: Ms. Lopez Cortez's age, criminal history, employment history, and prosocial family support system suggest that she is unlikely to recidivate

The factors promulgated by the U.S. Sentencing Commission, and in 18 U.S.C. §3553, work to further the basic purposes of criminal punishment: deterrence, incapacitation, just punishment, and rehabilitation.[1] Nothing suggests that in this case those purposes can only be met by prolonging Ms. Lopez Cortez's incarceration.

In fact, multiple factors indicate that Ms. Lopez Cortez is already unlikely to reoffend. A U.S. Sentencing Commission 2017 study on recidivism, for example, found that offenders with lower criminal history scores are among the least likely to recidivate.[2] At 30 years old, and a criminal history score of zero, Ms. Lopez Cortez falls within this group:

---

[1] USSG §1.A.2
[2] *See* U.S. Sentencing Commission, The Past Predicts the Future: Criminal History and Recidivism of Federal Offenders (March 2017). https://www.ussc.gov/research/research-reports/criminal-history-and-recidivism-federal-offenders



Figure 1.
Rearrest Rates for Recidivism Study Offenders by Criminal History Points

SOURCE: U.S. Sentencing Commission's 2005 Recidivism Release Cohort Datafile, RECID05. Of the 25,431 cases in this study, the Commission excluded cases from this analysis that were missing information necessary to perform the analysis.

The same study went on to find, that offenders with zero criminal history points and no prior contact with the criminal justice system had a rearrest rate 11.7 percentage points lower than those offenders with prior contact (25.7% compared to 37.4%).[3] These findings are relevant for purposes of predicting Ms. Lopez Cortez's future behavior, because the only prior contact she has had with the criminal justice system stems from the same criminal incident.

Ms. Lopez Cortez's strong social ties also suggest that she is unlikely to recidivate. Criminological research has shown that family support is a key factor in helping offenders find their way in society after a criminal conviction. An April 2011 study by Mark T. Berg and Beth M. Huebner (a sociologist and criminologist, respectively) came to three important conclusions:[4]

1) Offenders who were employed and had good quality ties to relatives were less likely to recidivate;
2) Offenders with good quality ties to relatives were more likely to be employed in the follow-up period;
3) A history of frequent unemployment reduced post-release employment.

They concluded that this is largely because, "….relative to the wider community, the family is more apt to overlook offenders' stigma—a phenomenon that facilitates the

---

[3] *Id*. At 9.
[4] Berg, Mark T., Huebner, Beth M. (2011). Reentry and the Ties that Bind: An Examination of Social Ties, Employment, and Recidivism. *Justice Quarterly, Volume 28, Number 2,* 402.

formation of social ties between offenders and members of their family."[5]

      Ms. Lopez Cortez and her daughters moved in with her mother after the April 2016 fire. Her daughters still live there and Ms. Lopez Cortez intends to return there upon her release. Before her arrest she was a very active and involved mother; whether she was taking her daughters to an afterschool activity, the movies, or simply sitting around doing each other's nails, Ms. Lopez Cortez is completely devoted to them and needs them as much as they need her.

  

  

  

---

[5] Eckland-Olson, S., Supancic, M., Campbell, J., & Lenihan, K. (1983). Postrelease depression and the importance of familial support. *Criminology, 21*, 253–275.

### The collateral consequences of prolonged incarceration Ms. Lopez Cortez will have far-reaching, negative, consequences on her daughters

Jeanneliz, Julianiz, and Joelis, are now 13, 11, and 9, respectively. They have missed the last two years with their mother; a mother who was always there to hug them, kiss them, and encourage them, is now gone. Their father, Mr. Morales Vicente, is also absent. They have had to receive therapy and psychological treatment to deal with this ordeal.

To this day, Ms. Lopez Cortez has avoided fully discussing what happened with her daughters. When pressed, Ms. Lopez Cortez is unequivocal— she does not want to discuss it with them because she is ashamed. She was not raised to be a criminal and she is not raising her daughters to be criminals.

### Ms. Lopez Cortez does not need prolonged incarceration

Ms. Lopez Cortez was not a criminal before this case and nothing in her past suggests she is destined to a life of crime. Her life story exemplifies why we are much more than the worst thing we have done. Did she commit a crime? Yes. Should she have known better? Of course. Yet, she also deserves credit for the otherwise exemplary life she has led.

Ms. Lopez Cortez is currently serving a three year Puerto Rico State sentence, which all parties agree is relevant conduct to this case. With a total offense level of 15 and a criminal history category of I, her applicable guideline range is 18 to 24 months. Luckily, USSG §5G1.3 allows the Court to impose a sentence in the instant case to run concurrently to her Puerto Rico State sentence.

Ms. Lopez Cortez, therefore, respectfully requests this Court sentence her to 18 months in prison, to run concurrently to her Puerto Rico State sentence in ELA2017G0026-28.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, this June 29, 2018.

**ERIC A. VOS, ESQ.**
**Federal Public Defender**

**District of Puerto Rico**

S/Juan J. Michelen
Juan J. Michelen,
Assistant Federal Public Defender,
USDC-PR G02601
241 F.D. Roosevelt Avenue
San Juan, PR   00918-2305
Phone No. (787) 281-4922
Juan_Michelen@fd.org

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## BOMBEROS DE PUERTO RICO
### INFORME DE INCENDIO

BPR - 008
Original - Oficina Central
Copia verde - Cuartel de Distrito
Copia rosa - Investigador
Copia amarilla - Cuartel Local


COPIA FIEL Y EXACTA SEGÚN NUESTROS ARCHIVOS
5/5/2016

Página 1 de 2 Páginas

Código Localización [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]
Núm. Querella Policía [1][6][6][2][1][3][9][6][1][3][8]

1) Cuartel [1][4][0] Caguas
2) Distrito [1][4][8] Caguas
3) Tipo de incendio [1][1] Fuego estructural
4) Núm. de informe [0][0][7][1][2][9][0][4][1][6]
5) Día / Mes / Año
6) Hora de alarma 7:20 am
7) Hora de salida 7:23 am
8) Hora de llegada 7:30 am

9) Dirección de incendio y Nombre del local: Mari Olga Urb. Villa Río Verde Calle 25 Casa Z-2
Pueblo: Caguas  Zona Postal: 00725

10) Inquilino: Sra Gloria M López
Pueblo: Caguas  Zona Postal: 00725  Tel.

11) Dueño: Sra Glorives Ortiz Rodríguez
Pueblo: Caguas  Zona Postal: 00725  Tel. 378-2182

12) Medio de comunicación [ ]
[O] teléfono [ ] radio tel. [ ] personal [ ] panel alarma

13) Informante: Nombre: Sr. Antonio Olmeda
Dirección: Caguas  Tel. 787-585-5371

14) Persona que recibió el mensaje: Bomb. M. Santiago

15) Tipo de uso
[ ] almacén
[ ] educacional
[ ] industrial
[ ] sitio de reunión
[ ] institucional
[ ] mercantil
[ ] comercial
[O] residencial
[ ] otros (especifique)
[ ] Local o Residencia Desocupada

16) Clasificación de Propiedad
Número de Estructuras Afectadas [0][1]
Número de Pisos de la Estructura [0][1]

17) Tipo de construcción
Piso: [O] hormigón [ ] madera [ ] metal [ ] otros
Paredes: [O] hormigón [ ] madera [ ] metal [ ] otros
Techo: [O] hormigón [ ] madera [ ] metal [ ] otros

18) Vehículos
marca: N/A
modelo:
año:
tablilla:
serie:

19) Heridos [0][0]
Bomberos [0][0]
Otras agencias [0][0]
Civiles [0][0]

20) Muertos [0][0]
Bomberos [0][0]
Otras agencias [0][0]
Civiles [0][0]

21) Personal que trabajó
Bomberos [0][0][3]
Oficiales [0][0]

22) Camiones bombas [0][1]
Camiones escaleras [0][0]
Camiones mantenimiento [0][0]

23) Camiones rescate [0][0]
Camiones cisternas [0][0]
Otros vehículos [0][0]

24) Compañía Aseguradora: Mapfre
Valor asegurado $

25) Observaciones al llegar a la escena: residencia botando humo

26) Causa breve explicación: Aparentemente corto circuito

27) Area de origen: Cuarto Dormitorio

28) Punto de origen: receptáculo

29) Tipo: intencional [ ] negligencia [ ] accidental [O] se desconoce [ ]

30) Equipo de protección contra incendios en el edificio
Detector de humo/calor: N/A
Alarma: /
Rociadores: N/A
Manguera: /
Extintores: N/A
Siamesas: /
Sistema espuma: N/A
Hidrantes: /

31) Valor propiedad inmueble $100,000  Pérdidas $1,600
32) Valor propiedad mueble $15,000  Pérdidas $8,000
33) Cuerda de pastos quemadas N/A  Pérdidas $ N/A
34) Valor de navío aeronave, vehículo $ N/A  Pérdidas $ N/A
35) Otras Pérdidas $ N/A

36) Nombre del que prepara el informe: Radames Martínez Vázquez
Título: Bombero  Firma: (firma)  Fecha: 29/04/16

37) Oficial a cargo: Revisado por
Título: Capitán  Firma: (firma)  Fecha: 4 mayo 16

ORIGINAL - OFICINA CENTRAL



SPA
COPIA FIEL Y EXACTA
SEGUN NUESTROS ARCHIVOS
5/5/2016

**BPR -008 -B**
(Hoja de Continuación)
ORIGINAL - OFICINA CENTRAL
VERDE - CUARTEL DE DISTRITO
ROSA - INVESTIGADOR
AMARILLA - ESTACION

ESTADO LIBRE ASOCIADO DE PUERTO RICO
BOMBEROS DE PUERTO RICO
**INFORME DE INCENDIO**
(Hoja de Continuación)

Página __2__ de __2__ Página

Código Localización [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   Núm. Querella Policía [1][6][6][2][1][3][0][6][1][3][8]

1) Cuartel [1][4][0]: Caguas
2) Distrito [1][4][0]: Caguas
3) Tipo de incendio [1][1]: Fuego estructural
4) Núm. de informe: [0][0][7][1]
5) Día / Mes / Año: [2][9][0][4][1][6]
6) Hora de alarma: 7:22 am
7) Hora de salida: 7:23 am
8) Hora de llegada: 7:30 am

9) Dirección de incendio: Mari Olga Urb Villa Rio Verde Calle 25 Casa Z-2
Pueblo: Caguas  Zona Postal: 00725

10) Inquilino: Sra Glorivan Lopez
Pueblo: Caguas  Zona Postal: 00725  Tel.

11) Dueño: Sra Glorives Ortiz Rodriguez
Pueblo: Caguas  Zona Postal: 00725  Tel. 378-2182

12) Tipo de Fuego:
[ ] Conato
[X] Incendio

Labor realizada:
[X] Extinción
[ ] Tomar datos

Condición de la estructura:
[X] Ocupada
[ ] Desocupada

13) Detalles de la novedad: Hoy 29 de Abril de 2016 se recibe una llamada del 9-1-1 Aponte Pos 119 inf Sr. Antonio Olmedo Tel 787-585-5371 indicando fuego de residencia en Mari Olga Urb. Villa Rio Verde Calle 25 Casa Z-2. Sale la Uni 3115+(321) cond por Bom S.R. Martinez pist R. Rosto, S. Rodriguez. Al llegar se trataba del cuarto Dormitorio encendido en area de la Cama. Se procede a extinguirlo utilizando 2 mangas 1½x50 Agua Tanque emergencia. Causa Aparentemente Corto circuito Dueña Sra Glorives Ortiz Rodriguez tel 787-378-2182. Inquilina Sra Glorivan Lopez Valor inmueble $100,000 Perdida inmueble $1,600 Pintura, empañetado. Valor mueble $15,000 Perdida $8,000 Juego Cuarto completo $3,000, Ropa $1,000. Restantes $4,000 por Agua y Humo. Al lugar se persono Policia Rodriguez #Q2016-6-213-6138. Seguros MapFre. Luego se regresa a estacion Hora 9:00 am

14) Nombre del que prepara el informe: Radames Martinez Vazquez
Título: BomBero  Firma: Radames Martinez  Fecha: 29/04/16

15) Oficial a cargo: Revisado
Título: Capitan  Firma:   Fecha: 4 mayo 2016

ORIGINAL - OFICINA CENTRAL